160 A.3d 546

**BLENTLINGER, LLC**

v.

**CLEANWATER LINGANORE**

**Pet. Docket No. 34, Sept.Term, 2017**

Court of Appeals of Maryland.

May 9, 2017

Reported below: 231 Md.App. 620, 153 A.3d 874. Transferred to the regular docket as No. 13, Sept. Term, 2017.

Petition for writ of certiorari granted.

160 A.3d 546

**DAVIS**

v.

**FROSTBURG FACILITY OPERATIONS, LLC**

**Pet. Docket No. 20, Sept. Term, 2017**

Court of Appeals of Maryland.

May 9, 2017

Opinion of the Court of Special Appeals unreported (No. 540, Sept. Term, 2015). Transferred to the regular docket as No. 12, Sept. Term, 2017.

Petition for writ of certiorari granted.